IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXDS, INC. (f/k/a/ EXODUS COMMUNICATIONS, INC.), et al., | ) ) ) | Case No. 01-10539 |
| | ) | JOINTLY ADMINISTERED |
| Debtor. | ) | |
| | ) | |
| EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.), | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Pro. No. 03 – 56185 |
| CB RICHARD ELLIS, INC. (a/k/a CB COMMERCIAL REAL ESTATE GROUP, a/k/a INSIGNIA/ESG, INC., n/k/a CB RICHARD ELLIS REAL ESTATE SERVICES, INC.), HIGHGATE HOLDINGS, INC., | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**MOTION FOR WITHDRAWAL OF THE REFERENCE
UNDER 28 U.S.C. §157(d) AND FED. R. BANKR. P. 5011**

Defendant CB Richard Ellis Real Estate Services, Inc. f/k/a Insignia/ESG, Inc. sued herein as CB Richard Ellis, Inc. (a/k/a CB Commercial Real Estate Group, a/k/a Insignia/ESG, Inc., n/k/a CB Richard Ellis Real Estate Services, Inc.), by its undersigned counsel, pursuant to 28 U.S.C. §157(d) and FED. R. BANKR. P. 5011 requests that the reference be withdrawn in the above-captioned adversary proceeding for those reasons more fully set forth in its *Opening Brief in Support of its Motion to Withdraw Reference* filed contemporaneously herewith and expressly incorporated herein by reference.

Dated: March __, 2006

GREENBERG TRAURIG, LLP

By: _____
Victoria Watson Counihan (#3488)
Cathy L. Reese (#2838)
Dennis A. Meloro (#4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

-and-

GREENBERG TRAURIG, LLP

Daniel J. Ansell
Ronald D. Lefton
Heath B. Kushnick
The MetLife Building
200 Park Avenue
New York, NY 10166
(212) 801-9200

*Attorneys for Defendant CB Richard Ellis Real Estate Services, Inc. f/k/a Insignia/ESG, Inc. sued herein as CB Richard Ellis, Inc. (a/k/a CB Commercial Real Estate Group, a/k/a Insignia/ESG, Inc., n/k/a CB Richard Ellis Real Estate Services, Inc.)*

-2-

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EXDS, INC. (f/k/a/ EXODUS ) | Case No. 01-10539 (PJW) |
| COMMUNICATIONS, INC.), et al., ) | |
| ) | JOINTLY ADMINISTERED |
| Debtor. ) | |
| ) | |
| ) | |
| EXDS, INC. (f/k/a EXODUS ) | |
| COMMUNICATIONS, INC.), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 03 – 56185 (PJW) |
| ) | |
| CB RICHARD ELLIS, INC. (a/k/a CB ) | |
| COMMERCIAL REAL ESTATE GROUP, a/k/a ) | |
| INSIGNIA/ESG, INC., n/k/a CB RICHARD ) | |
| ELLIS REAL ESTATE SERVICES, INC.), ) | |
| HIGHGATE HOLDINGS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER GRANTING MOTION TO WITHDRAW REFERENCE

Upon consideration of the Motion dated March 15, 2006 of Defendant CB Richard Ellis Real Estate Services, Inc. f/k/a Insignia/ESG, Inc. sued herein as CB Richard Ellis, Inc. (a/k/a CB Commercial Real Estate Group, a/k/a Insignia/ESG, Inc., n/k/a CB Richard Ellis Real Estate Services, Inc.), for Withdrawal of the Reference Under 28 U.S.C. §157(d) and FED. R. BANKR. P. 5011 in the above-captioned adversary proceeding to the United States District Court for the District of Delaware (the "Motion") and adequate and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Motion is GRANTED.

2. Reference to the Bankruptcy Court is hereby withdrawn.

Dated: Wilmington, Delaware
March ____, 2006

_____
United States District Judge

2